ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                )
                                            )
Interstate Electrical Contractors, Inc.      )    ASBCA Nos. 63591, 63604
                                            )
Under Contract No. W912P5-21-C-0011          )

APPEARANCES FOR THE APPELLANT:          Vincent J. Wegher, P.E., Esq.
                                         L. Jay Labe, Esq.
                                          Allen & Curry, P.C.
                                          Denver, CO

APPEARANCES FOR THE GOVERNMENT:         Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                         Kathryn G. Morris, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, Nashville

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice, with each party to pay its own attorneys' fees and costs.

Dated: August 14, 2024

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63591, 63604, Appeals of Interstate Electrical Contractors, Inc., rendered in conformance with the Board's Charter.

Dated: August 14, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals